DATE: May 6, 2025

   The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Akeem Rashawn Watkins*
 v. *Commonwealth of Virginia*
 Record No. 1734-23-3
 Opinion rendered by Judge Lorish on
 January 28, 2025

2. *Shjon Michael Stamps*
 v. *Commonwealth of Virginia*
 Record No. 0259-24-1
 Opinion rendered by Judge Raphael on
 February 18, 2025

3. *Courtney R. Herbert*
 v. *Guy R. Joubert*
 Record No. 1847-22-4
 Opinion rendered by Judge Chaney on
 February 25, 2025

4. *Alice Minium*
 v. *David R. Hines, in His Official Capacity*
  *as Sheriff of Hanover County, et al.*
 Record No. 0157-24-2
 Opinion rendered by Judge Fulton on
 February 25, 2025

5. *P.J. Potter Enterprises, Inc., et al.*
 v. *Comfort Systems of Virginia, Inc., et al.*
 Record No. 0599-24-1
 Opinion rendered by Judge Raphael on
 February 25, 2025

6. *Brian Fayne, s/k/s Brian Latrell Fayne*
 v. *Commonwealth of Virginia*
 Record No. 1675-23-1
 Opinion rendered by Judge Raphael on
 March 4, 2025

7. *Travis Tremaine Williams*
 v. *Commonwealth of Virginia*
 Record No. 1923-23-2
 Opinion rendered by Judge Lorish on
 March 4, 2025

8. *Luciano DiLeonardo*
   v. *Andrew A Fanous, M.D., et al.*
   Record No. 0305-24-4
   Opinion rendered by Judge Athey on
    March 4, 2025

9. *Atlantic Korean American Presbytery*
   v. *Shalom Presbyterian Church of Washington, Inc., et al.*
   Record No. 1930-23-4
   Opinion rendered by Judge Athey on
    March 11, 2025

10. *Jason Joseph Fergeson*
    v. *Commonwealth of Virginia*
    Record No. 0182-24-1
    Opinion rendered by Judge AtLee on
     March 11, 2025

11. *Dawn Lewis Williams*
    v. *Commonwealth of Virginia*
    Record No. 1201-22-2
    En banc opinion rendered by Judge AtLee on
     March 18, 2025

12. *Jesiah Flowers*
    v. *Commonwealth of Virginia*
    Record No. 0228-24-2
    Opinion rendered by Chief Judge Decker on
     March 18, 2025

13. *Rachel Dodson, et al.*
    v. *Richard Paul Kleffman and Hunter Scott Kleffman,*
    *Co-Administrators of the Estate of Leanne Loos Kleffman, Deceased*
    Record No. 0518-24-4
    Opinion rendered by Judge Friedman on
     March 18, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Silfredo Castillo Canales*
   v. *Commonwealth of Virginia*
   Record No. 0775-22-4
   Opinion rendered by Senior Judge Clements
     on September 5, 2023
   Judgment of Court of Appeals affirmed by opinion rendered on April 10, 2025
   (230829)

2. *Silfredo Castillo Canales*
   v. *Commonwealth of Virginia*
   Record No. 1037-22-4
   Opinion rendered by Senior Judge Clements
     on September 5, 2023
   Judgment of Court of Appeals affirmed in part, reversed in part, and
     judgment of the circuit court is reinstated by opinion rendered on April 10, 2025
   (230934)

3. *James D. Shaw, a/k/a Roscoe James Shaw*
   v. *Commonwealth of Virginia*
   Record No. 1349-22-4
   Opinion rendered by Judge Raphael
     on January 23, 2024
   Judgment of Court of Appeals affirmed by opinion rendered on April 17, 2025
    (240212)

4. *Fatima Shaw-McDonald*
   v. *Eye Consultants of Northern Virginia, P.C., et al.*
   Record No. 0067-23-4
   Opinion rendered by Judge Raphael
     on January 30, 2024
   Judgment of Court of Appeals affirmed and remanded to this Court
     for remand to the circuit court by opinion rendered on April 3, 2025
   (240166)

5. *Dennis Christopher Howard*
   v. *Sheriff Roger L. Harris, et al.*
   Record No. 1499-22-2
   Opinion rendered by Judge Callins
     on March 5, 2024
   Judgment of Court of Appeals reversed and final judgment entered
     for appellees by opinion rendered on April 3, 2025
   (240378)

6. *Layla H. by her next friend Maria Hussainzadah, et al.*
   v. *Commonwealth of Virginia, et al.*
   Record No. 1639-22-2
   Opinion rendered by Judge Beales
     on June 25, 2024
   Refused (240684)

7. *Samuel Rolofson*
   v. *Brittany Fraser*
   Record No. 0535-23-4
   Opinion rendered by Judge Frucci
     on July 30, 2024
   Refused (240738)

8. *Teddy Ray Cisneros*
   v. *Commonwealth of Virginia*
   Record No. 1385-23-3
   Opinion rendered by Retired Judge Huff
     on September 24, 2024
   Refused (240907)

The Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. *Allen W. Poulson*
   *v. Commonwealth of Virginia*
   Record No. 1199-22-1
   Memorandum opinion rendered by Judge AtLee
   on December 28, 2023
   Judgment of Court of Appeals affirmed by opinion rendered
   on April 10, 2025
   (240081)